

**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California  95814-2510
(916) 498.5700   FAX (916) 498.5710

**HEATHER E. WILLIAMS**
Federal Defender

**PEGGY SASSO**
Chief Assistant Federal Defender

**HOOTAN BAIGMOHAMMADI**
Assistant Federal Defender

# memorandum

Date:       June 20, 2025

To:         Jonathan Anderson, Courtroom Deputy to the Hon. Allison Claire

From:       Hootan Baigmohammadi, Assistant Federal Defender

Subject:    United States v. Sessoms
            Case No. 2:25-mj-94-AC

---

On December 1, 2023, my office was appointed to represent Tio Dinero Sessoms in case 2:23-cr-205-DC. The case is active. Mr. Sessoms is out of custody on bond. A Jury Trial is set to commence on October 6, 2025.

On November 15, 2024, an Indictment was unsealed in the Western District of Pennsylvania (WDPA) case 2:24-cr-148-MRH charging Mr. Sessoms with various crimes there. He has not had an initial appearance to date.

Appointed defense counsel and the government from both districts have been in contact with one another. The parties agree that it is appropriate to hold a Rule 5 Initial Appearance for the WDPA case in the instant district.

The parties jointly request that Mr. Sessoms appear out of custody on Tuesday, June 24, 2025 at the 2:00 p.m. duty calendar for a Rule 5 Initial Appearance. Defense counsel is in contact with Mr. Sessoms and will ensure that he appear.

Please feel free to contact me with any questions or concerns.